# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
__Alexandria__ **Division**



FILED JUN 1 3 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

In re   Judith Lynn Sweet                        Case No. 08-14349-RGM

Adv. Proceeding No. 10-01402-RGM

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

1:11CV635 TSE/IDD

RECEIVED MAILROOM JUN 1 3 2011
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on May 11, 2011.

The parties included in the Appeal to the District Court:
APPELLANT(S):   Richard C. Addi
                5490 Large Oak Court
                Woodbridge, VA 22192

ATTORNEY:       None

APPELLEE (S):   Richard A. Bartl, Trustee          Saul Subsidiary I
                (703) 549-5000                     Limited Partnership

ATTORNEY:       Derek K. Prosser, Esq.  (703) 842-0538    Eric F. Shell, Esq.  (703) 218-2878
                300 N. Washington St., Ste. 202           10427 North St., Ste. 200
                Alexandria, VA 22314                      Fairfax, VA 22030

Brief Description of Judgment/Order Appealed:  Consent Order for Judgment

Date Judgment/Order Entered: April 27, 2011

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00      (X) Paid   ( ) Not Paid
                  B. Appeal Docket Fee - $250.00              (X) Paid   ( ) Not Paid   ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (X) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

Date: June 10, 2011                   WILLIAM C. REDDEN, Clerk of the Court
                                      By: /s/ Cristina Behen              , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                      WILLIAM C. REDDEN, Clerk of the Court
                                      By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER_____        Date _____

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                     [apptrans ver. 12/09]

FeeDeferred, Appeal

## U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
## Adversary Proceeding #: 10-01402-RGM

*Assigned to:* Robert G. Mayer
*Lead BK Case:* 08-14349
*Lead BK Title:* Judith Lynn Sweet
*Lead BK Chapter:* 7
*Demand:* $9000

*Date Filed:* 09/23/10

*Nature[s] of Suit:* 11 Recovery of money/property - 542 turnover of property

**Plaintiff**
-----------------------

**Richard A Bartl**
300 N Washington Street, Suite 202
Suite 202
Alexandria, VA 22314

represented by **Derek K. Prosser**
Tyler, Bartl, Ramsdell & Counts, PLC
300 N. Washington St.
Suite 202
Alexandria, VA 22314
(703) 842-0538
Email: dprosser@tbrclaw.com
*LEAD ATTORNEY*

A TRUE COPY TESTE:
WILLIAM C. REDDEN, CLERK
BY: Crista A Bohen
DEPUTY CLERK

V.

**Defendant**
-----------------------

**Saul Subsidiary I Limited Partnership**
c/o Eric F. Schell
10555 Main St.
Fairfax, VA 22030

represented by **Eric F. Schell**
10427 North Street
Suite 200
Fairfax, VA 22030
(703) 218-2878
Email: mail@efslaw.net

| Filing Date | # | Docket Text |
|---|---|---|
| 09/23/2010 | 1 | Adversary case 10-01402. Complaint against Saul Subsidiary I Limited Partnership (Fee Amount of $250 is Deferred) filed by Richard A Bartl. (Attachments: # 1 Exhibit(s) Warrant in Debt# 2 Exhibit(s) Virginia case summary) Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)) Associated Bankruptcy Case Number: 1:08-bk-14349 (Prosser, Derek) |
|  |  | I certify that I am trustee/debtor-in-possession in this case and have filed 1:10-ap-1402, as trustee; that the estate is without funds for payment of the required fee in the amount of $250.00 and the money |

| | | |
|---|---|---|
| 09/23/2010 | 2 | on deposit in the debtor's estate is presently less than the fee for this Complaint; and, this deferral was not initiated by a creditor. I hereby defer payment of this filing fee until the conclusion of the case and the determination that there is any estate realized. A deferred fee (liability) shall be disclosed in the final report (Re: related document(s) 1 Complaint filed by Richard A Bartl) filed by Derek K. Prosser of Tyler, Bartl, Ramsdell & Counts, PLC on behalf of Richard A Bartl. (Prosser, Derek) |
| 09/23/2010 | 3 | Adversary Proceeding Cover Sheet (Re: related document(s) 1 Complaint filed by Richard A Bartl) filed by Derek K. Prosser of Tyler, Bartl, Ramsdell & Counts, PLC on behalf of Richard A Bartl. (Prosser, Derek) |
| 09/23/2010 | 4 | Summons and Notice of Pre-Trial Conference. Summons Issued to Saul Subsidiary I Limited Partnership Answer Due 10/25/2010 (Re: related document(s) 1 Complaint filed by Richard A Bartl) Pre-Trial Conference set for 3/14/2011 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA, (Voehl, Elizabeth) |
| 09/23/2010 | 5 | Initial Scheduling Order (Voehl, Elizabeth) |
| 09/23/2010 | 6 | Adversary Proceeding Instruction Packet (Re: related document(s) 5 Scheduling Order) (Voehl, Elizabeth) |
| 09/30/2010 | 7 | Certificate of Service *Richard A. Bartl v. Saul Subsidiary I Limited Partnership* (Re: related document(s) 1 Complaint filed by Richard A Bartl) filed by Derek K. Prosser of Tyler, Bartl, Ramsdell & Counts, PLC on behalf of Richard A Bartl. (Prosser, Derek) |
| 11/02/2010 | 8 | Answer to Complaint (Related Doc # 1 ) filed by Eric F. Schell on behalf of Saul Subsidiary I Limited Partnership. (Schell, Eric) |
| 03/14/2011 | 9 | Pre-Trial Conference Continued (Re: related document(s) 1 Complaint filed by Richard A Bartl) Pre-Trial Conference set for 4/26/2011 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA, (Appearances: Derek Prosser/Bartl) (Williams, Regina) |
| 04/04/2011 | 10 | Motion to Approve *Entry of Consent Order for Judgment* (Re: related document(s) 1 Complaint filed by Richard A Bartl) filed by Derek K. Prosser of Tyler, Bartl, Ramsdell & Counts, PLC on behalf of Richard A Bartl. (Attachments: # 1 Proposed Order) (Prosser, Derek) |
| | | Notice of Hearing *on Trustee's Motion to Approve Entry of Consent Order for Judgment* (Re: related document(s) 10 Motion to Approve filed by Richard A Bartl) filed by Derek K. Prosser of Tyler, Bartl, Ramsdell & Counts, PLC on behalf of Richard A Bartl. Hearing scheduled 4/26/2011 at 09:30 AM at Judge Mayer's Courtroom, 200 |

| | | |
|---|---|---|
| 04/04/2011 | 🔍 11 | South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Prosser, Derek) |
| 04/19/2011 | 🔍 12 | Objection to *Trustee's Motion for Entry of Consent Order for Judgment* (Re: related document(s) 10 motion Motion to Approve filed by Richard A Bartl) filed by Gold Star Specialty Painters. (Behen, Cristina) (Entered: 04/20/2011) |
| 04/26/2011 | 🔍 14 | Hearing held; motion granted; Order to be Submitted (Re: related document(s) 10 Motion to Approve filed by Richard A Bartl) (Appearances: Derek Prosser/Tr and Richard Addi/Gold Star) (Williams, Regina) (Entered: 04/27/2011) |
| 04/26/2011 | 🔍 15 | Pre-Trial Conference Cancelled: Matter Moot - Entry of Consent Order Approved (Re: related document(s) 1 Complaint filed by Richard A Bartl) (Williams, Regina) (Entered: 04/27/2011) |
| 04/27/2011 | 🔍 13 | Consent Order for Judgment (Related Doc # 10 ) (Behen, Cristina) |
| 04/29/2011 | 🔍 16 | BNC certificate of mailing of order (Re: related document(s) 13 Order on Motion to Approve) (Admin.) (Entered: 04/30/2011) |
| 05/11/2011 | 🔍 17 | Notice of Appeal (Re: related document(s) 13 Order on Motion to Approve) filed by Richard C. Addi. Appellant Designation due by 5/25/2011. (Williams, Denise) |
| 05/11/2011 | 🔍 18 | Receipt of Notice of Appeal Filing Fee. Receipt Number 126227 Fee Amount $ 255 (Re: related document(s) 17 Notice of Appeal filed by Richard C. Addi) (Williams, Denise) (Entered: 05/12/2011) |
| 05/25/2011 | 🔍 19 | Appellant Designation (Re: related document(s) 17 Notice of Appeal filed by Richard C. Addi) filed by Richard C. Addi. Appellee Designation due by 6/8/2011. (Behen, Cristina) (Entered: 05/26/2011) |
| 05/27/2011 | 🔍 20 | Appellant Designation - *Addendum and,* Statement of Issues (Re: related document(s) 17 Notice of Appeal filed by Richard C. Addi) filed by Richard C. Addi. (Behen, Cristina) (Entered: 05/31/2011) |
| 06/07/2011 | 🔍 21 | Appellee Designation (Re: related document(s) 19 Appellant Designation filed by Richard C. Addi) filed by Derek K. Prosser of Tyler, Bartl, Ramsdell & Counts, PLC on behalf of Richard A Bartl. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s))(Prosser, Derek) |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| JUDITH L. SWEET ) | Case No. 08-14349-RGM |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| RICHARD A. BARTL, TRUSTEE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | A.P. No. 10-01402-RGM |
| ) | |
| SAUL SUBSIDIARY I LIMITED ) | |
| PARTNERSHIP ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### CONSENT ORDER

UPON CONSIDERATION of Trustee Richard A. Bartl's Motion for Entry of Consent Order for Judgment, and

IT APPEARING that Richard A. Bartl, Trustee and Saul Subsidiary I Limited Partnership ("Defendant") have agreed that entry of judgment in this adversary proceeding is desired and appropriate, and

IT APPEARING that proper notice was given and no objection was filed, it is

ORDERED that the Defendant shall turn over funds to the Trustee representing payment in full on said judgment in the amount of eight thousand eight hundred sixty-three dollars and seventeen cents ($8,863.17) and it is further

ORDERED that the Defendant is hereby authorized by this Order to mark the judgment rendered against Defendant in case number GV09022892-00 in Prince William General District

A TRUE COPY TESTE:
WILLIAM C. REDDEN, CLERK
BY: _Cristal A. Bohen_
DEPUTY CLERK

Court as satisfied in full.

Apr 26 2011                                             /s/ Robert G. Mayer
───────────────────                                     ───────────────────
DATED                                                   Hon. Robert G. Mayer
                                                        U.S. Bankruptcy Judge

                    Entered on the docket  April 27, 2011 cab

I ASK FOR THIS:

/s/ Derek K. Prosser
Derek K. Prosser, VSB 75321
TYLER, BARTL, RAMSDELL & COUNTS, P.L.C.
300 N. Washington Street, Suite 202
Alexandria, Virginia 22314
(703) 842-0538
*Counsel to the Trustee and
Bankruptcy Estate of Judith L. Sweet*

SEEN AND AGREED:

/s/ Eric F. Schell
Eric F. Schell
10427 North St., Suite 200
Fairfax, VA 22030
*Counsel to the Defendant*

**PARTIES TO RECEIVE COPIES:**

Derek K. Prosser
300 N. Washington Street, Suite 202
Alexandria, Virginia 22314

Eric F. Schell
10427 North St., Suite 200
Fairfax, VA 22030

Judith L. Sweet
c/o Janet M. Meiburger, Esq.
1493 Chain Bridge Rd., Suite 201
McLean, VA 22101

Richard C. Addi
c/o Amy Hermansen
9532 Liberia Ave., #147
Manassas, VA 20110-1719

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2011 MAY 11 P 4: 16

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | |
| JUDITH L. SWEET | Case No. 08-14349-RGM |
| | Chapter 7 |
| Debtor. | |
| | |
| RICHARD A. BARTL, TRUSTEE | |
| Plaintiff | |
| vs. | A.P. No. 10-01402-RGM |
| SAUL SUBSIDIARY I LIMITED PARTNERSHIP | |
| Defendant. | |

### NOTICE OF APPEAL

I, Richard C. Addi, party to the above-referenced action appeals under 28 USC Sect. 158(a) from the order of the bankruptcy judge entered in this adversary proceeding on the 27th day of April, 2011.

Respectfully submitted,

_____   5-10-11
Richard C. Addi            Date

5490 Large Oak Court
Woodbridge, VA 22192

PARTIES TO RECEIVE COPIES:

Derek K. Prosser
300 N. Washington Street, Suite 202
Alexandria, VA 22314

Eric F. Schell
10427 North Street, Suite 200
Fairfax, VA 22030

Judith L. Sweet
c/o Janet M. Meiberger, Esq.
1493 Chain Bridge Road, Suite 201]
McLean, VA 22101